**McGLINCHEY STAFFORD**
Brian A. Paino (SBN 251243)
Robert J. Im (SBN 299613)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:     (949) 381-5900
Facsimile:      (949) 271-4040
Email:            bpaino@mcglinchey.com
                      rim@mcglinchey.com

Attorneys for *Defendant* **HONDA AIRCRAFT COMPANY, LLC**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>EAGAN AVENATTI, LLP,<br><br>    Debtor. | Case No.: 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. No.: 8:20-ap-01150-SC |
| RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,<br><br>    Plaintiff,<br><br>v.<br><br>HONDA AIRCRAFT COMPANY LLC, a Delaware limited liability company,<br><br>    Defendant. | **STIPULATION TO CONTINUE DISCOVERY CUTOFF, MOTION CUTOFF, PRETRIAL CONFERENCE, AND ALL RELATED DATES AND DEADLINES**<br><br>**Hearing:** [No Hearing Required] |

///
///
///
///
///
///
///

1                                        Case No. 8:20-ap-01150-SC

**STIPULATION TO CONTINUE DISCOVERY CUTOFF, MOTION CUTOFF,
PRETRIAL CONFERENCE, AND ALL RELATED DATES AND DEADLINES**

19572472.1

This *Stipulation to Continue the Discovery Cutoff, Motion Cutoff, Pretrial Conference, and All Related Dates and Deadlines* (the "Stipulation") is entered into by and between *plaintiff* Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP ("Plaintiff"), and *defendant* Honda Aircraft Company, LLC ("Honda," and together with Plaintiff, the "Parties"), by and through their undersigned attorneys of record.

## I.    RECITALS

A.    On March 3, 2021, a status conference took place in the above captioned adversary proceeding. Pursuant to that status conference, the Court set the following schedule:

    1.    Discovery cutoff (must be completed by), including the date by which all discovery motions must be heard and resolved, is August 31, 2021.

    2.    Motion cutoff (must be heard by), including the date by which all non-discovery motions must be heard and resolved, is October 15, 2021.

    3.    A pretrial conference was set for December 1, 2021 at 1:30 p.m.

B.    The Parties are currently engaged in party-to-party discovery and Honda has issued subpoenas to third-parties, including The X-Law Group, PC, a California professional corporation ("X-Law"). Honda also anticipates the need to conduct additional third-party discovery and obtain records and/or deposition testimony from Michael J. Avenatti ("Avenatti") and Avenatti & Associates, APC, a California professional corporation ("A&A").

    1.    X-Law is the purported owner of the "conduit account (Chase 7608)" from which the second transfer at issue in the Trustee's Complaint was allegedly made to Honda. (*See* Complaint, Exhibit 1.)

    2.    Avenatti is alleged to have played a significant role in causing the transfers at issue in the Trustee's Complaint. (*See, e.g.*, Complaint, ¶¶ 6-18 & 30.)

    3.    A&A is a corporation through which Avenatti allegedly caused some of the transfers discussed in the Trustee's Complaint and indirectly acquired an indirect ownership interest in a private jet sold by Honda. (*See, e.g.*, Complaint, ¶¶ 6, 10, & 30.)

Main Document    Page 3 of 7

C. Following service of the Subpoena to X-Law, Honda's counsel learned that the U.S. government seized records from X-Law in connection with the pending criminal proceedings against Michael J. Avenatti in the Central District of California, Southern Division, assigned case number 8:19-cr-00061-JVS and entitled *USA v. Avenatti* (the "Criminal Action").

D. The Criminal Action arises, in part, out of the same facts as the Trustee's claims against Honda in this action. The *Avenatti* Indictment alleges that Avenatti embezzled $2,750,000 from a client identified as "Client 2" and thereafter allegedly transferred $2,500,000 of those embezzled funds to Honda to "purchase a private airplane." A portion of this $2,500,000 transfer is the second transfer at issue in the Trustee's Complaint and the private airplane described in the *Avenatti* Indictment is the same aircraft described in the Trustee's Complaint. (*See* Complaint, ¶ 30 & Exhibit 1.) Additionally, Avenatti, A&A, & X-Law are referenced in the Indictment and it is Honda's counsel's understanding that all three are percipient witnesses in the Criminal Action.

E. Honda does not intend to interfere with the USAO's preparation for trial or the Criminal Action by demanding the production of X-Law's records, some of which have been seized by the U.S. government or by propounding any discovery or conducting any depositions that could impact the USAO's prosecution of Avenatti and/or the scheduling of the Trial in the Criminal Action or otherwise interfere with it.

F. Accordingly, on June 18, 2021 and on September 24, 2021, the Parties stipulated to a continuance of the discovery and motion cutoff dates, a continuance of the pretrial conference, and all related dates and deadlines. On September 24, 2021, the Court approved the stipulation and ordered as follows:

1. Discovery cutoff (must be completed by), including the date by which all discovery motions must be heard and resolved, was extended to **March 31, 2022**.

2. Motion cutoff (must be heard by), including the date by which all non-discovery motions must be heard and resolved, was extended to **May 13, 2022**.

3. The pretrial conference was continued to **July 12, 2022** at 1:30 p.m.

4. That all related dates and deadlines were extended.

**STIPULATION TO CONTINUE DISCOVERY CUTOFF, MOTION CUTOFF,
PRETRIAL CONFERENCE, AND ALL RELATED DATES AND DEADLINES**
19572472.1

  G. Trial in the Criminal Action commenced on July 13, 2021. (Dkt.[1] 553.) After the USAO's case-in-chief, Avenatti filed a motion for a mistrial. (Dkt. 705.) On August 24, 2021, the motion for a mistrial was granted and a new trial date for the Criminal Action was set for October 12, 2021. (Dkt. 780.) On September 2, 2021, per stipulation, the trial date in the Criminal Action was continued to November 2, 2021. (Dkt. 804.)

  H. Avenatti subsequently moved to dismiss the Criminal Action due to double jeopardy, among other grounds, and the motion to dismiss (the "Motion to Dismiss") was denied on October 4, 2021. (Dkt. 838.) On October 12, 2021, Avenatti filed a notice of appeal of the denial of the Motion to Dismiss. (Dkt. 852.) On October 15, 2021, the Honorable James V. Selna determined that the court lacked jurisdiction pending Avenatti's appeal of the denial of the Motion to Dismiss and therefore vacated the November 2, 2021 trial date and all pretrial dates. (Dkt. 866.)

  I. The appeal (the "Appeal") is currently pending before the United States Court of Appeals for the Ninth Circuit and has been assigned docket number 21-50225. Avenatti filed his opening brief on December 7, 2021 (Appeal Dkt. 29), the USAO filed an answering brief on January 7, 2022 (Appeal Dkt. 35), and oral argument has been scheduled for March 10, 2022 (Appeal Dkt. 33).

  J. Based on the above-referenced schedule of the Appeal and the nature of the Appeal (i.e., whether or not a criminal defendant facing incarceration has established double jeopardy, prosecutorial misconduct, and violation of due process), Honda's counsel estimates that the Appeal will be promptly concluded following oral argument on March 10, 2022. Honda's counsel further estimates that if the Appeal is unsuccessful, trial in the Criminal Action will resume in June of 2022 and conclude by July of 2022.

  K. The same concerns that prompted the Parties to enter into the prior stipulation remain present. Also, through the course of the trial in the Criminal Action, Honda has learned of the identity of additional percipient witnesses who are witnesses for the USAO in their prosecution of Avenatti. As before, Honda does not intend to conduct any discovery that could interfere with the USAO's preparation for trial or prosecution of Avenatti.

---

[1] All references to "Dkt." will be to the docket in the Criminal Action

2. To extend motion cutoff (must be heard by), including the date by which all non-discovery motions must be heard and resolved, from May 13, 2022 to **January 31, 2023**.

3. To continue the pretrial conference from July 12, 2022 to **March 8, 2023** at 1:30 p.m., or any later date that the Court deems appropriate.

4. That all related dates and deadlines are extended.

**IT IS STIPULATED**.

DATED: February 9, 2022

**McGLINCHEY STAFFORD**

By: /s/ R. J. Im
BRIAN A. PAINO
ROBERT J. IM
Attorneys for *Defendant* **HONDA AIRCRAFT COMPANY, LLC**

DATED: February 4, 2022

**LANDAU LAW LLP**

By: /s/ Monica Rieder
MONICA RIEDER
JOHN P. REITMAN
Attorneys for *Plaintiff* **RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP**

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF ORANGE** )

I, Kayla Han, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 18201 Von Karman Ave., Suite 350, Irvine, California 92612.

On February 11, 2022, I served the document(s) described as: **STIPULATION TO CONTINUE DISCOVERY CUTOFF, MOTION CUTOFF, PRETRIAL CONFERENCE, AND ALL RELATED DATES AND DEADLINES** as follows:

☐   **BY MAIL**: As follows:

    ☐   **FEDERAL** – I deposited such envelope in the U.S. mail at Irvine, California, with postage thereon fully prepaid,

☐   **BY PERSONAL SERVICE:** I caused a copy of such document(s) to be delivered by hand to the offices of the addressee between the hours of 9:00 A.M. and 5:00 P.M.

☒   **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's Electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF users set forth in the service list obtained from this Court. Pursuant to Electronic Filing Court Order, I hereby certify that the above documents(s) was uploaded to the website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☐   **BY EMAIL SERVICE** as follows: By email or electronic transmission: Based on any agreement between the parties and/or as a courtesy, I sent the document(s) to the person(s) at the email address(es) listed on the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒   **FEDERAL:** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.

Executed on February 11, 2022, at Irvine, California.

Kayla Han

**SERVICE LIST**
**USBC, Central District Case No. 8:19-bk-13560-SC; 8:20-ap-01150-SC**
**In re EAGAN AVENATTI, LLP, et al.**
**File # 108196.00015**

| | |
|---|---|
| Jack A. Reitman<br>John Reitman<br>Monica Rieder<br>LANDAU LAW LLP<br>2338 Manning Avenue<br>Los Angeles, CA 90064 | Attorneys for *Plaintiff* **RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP**<br><br>Tel.: (310) 557-0050<br>Fax: (310) 557-0056<br>Email: jareitman@landaufirm.com<br>     jreitman@landaufirm.com<br>     mrieder@landaufirm.com |
| U.S. Trustee<br>411 W. Fourth Street, Suite 7160<br>Santa Ana, CA 92701 | Tel: (714) 338-3400<br>Fax: (714) 338-3421<br>Email: ustpregion16.sa.ecf@usdoj.gov |