JOHN P. REITMAN (State Bar No. 80579)
jreitman@landaufirm.com
MONICA RIEDER (State Bar No. 263250)
mrieder@landaufirm.com
LANDAU LAW LLP
141 South Windsor Blvd.
Los Angeles, California 90004
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Special Litigation Attorneys for
Plaintiff Richard A. Marshack,
Chapter 7 Trustee for Eagan Avenatti, LLP

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor | Case No. 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. No. 8:20-ap-01150-SC |
| RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,<br><br>Plaintiff,<br><br>v.<br><br>HONDA AIRCRAFT COMPANY, LLC, a Delaware limited liability company,<br><br>Defendant. | **TRUSTEE'S STATEMENT OF INTERNAL REVENUE SERVICE'S VOLUNTARY PROVISION OF CERTAIN DISCOVERY SOUGHT BY TRUSTEE'S MOTION**<br><br>**Hearing Date and Time:**<br>Date: May 30, 2023<br>Time: 11:00 a.m.<br>Place: Courtroom 5C<br>　　　411 West Fourth Street<br>　　　Santa Ana, CA 92701-4593 |

On April 26, 2023, plaintiff Richard A. Marshack, Chapter 7 trustee (the "Trustee") for Eagan Avenatti, LLP ("EA"), filed a *Motion for Issuance of an Order to Show Cause re Contempt Against Internal Revenue Service for Failure to Comply with Document and Deposition Subpoenas* (the "Motion"), seeking to compel the Internal Revenue Service (the "IRS") to provide certain discovery sought by subpoenas served on the IRS on March 9, 2022.  On May 5, 2023, the court entered an order setting a hearing on the Motion for May 30, 2023.

The Motion sought, among other things, sworn testimony (in the form of declarations or deposition testimony) sufficient to authenticate and establish the admissibility of the documents produced to the Trustee by the IRS (discussed in paragraph 1(c) of the Motion).  On May 8, 2023, the IRS' counsel provided to the Trustee a number of certifications, which the Trustee has reviewed and has determined satisfy that request.  In accordance with the Trustee's promise in the Motion, the Trustee is therefore filing this statement to advise the Court of the IRS' voluntary compliance with that discovery request, and will be withdrawing the portion of the Motion relating to that discovery request in the reply the Trustee will file next week.

The Trustee hopes to have additional progress to report to the Court in the reply and/or at the hearing on the Motion.

Dated: May 10, 2023                                LANDAU LAW LLP

                                                   By:   /s/ John P. Reitman
                                                         John P. Reitman
                                                   Special Litigation Attorneys for
                                                   Plaintiff Richard A. Marshack,
                                                   Chapter 7 Trustee for Eagan Avenatti, LLP

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**LANDAU LAW LLP, 141 South Windsor Blvd., Los Angeles, CA 90004.**

A true and correct copy of the foregoing document entitled (*specify*): **Trustee's Statement of Internal Revenue Service's Voluntary Provision of Certain Discovery Sought by Trustee's Motion** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 10, 2023,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Robert J Im**    robert.im@wilsonelser.com, irvineECF@mcglinchey.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Brian A Paino**    bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- **Jack A. Reitman**    jareitman@gmail.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
- **John P. Reitman**    jreitman@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
- **Monica Rieder**    mrieder@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
- **Najah J Shariff**    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 10, 2023 | Hannah Richmond | */s/ Hannah Richmond* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                             **F 9013-3.1.PROOF.SERVICE**